

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Amber Dawn Russell,

Vs. No. 11-15-00303-CR

The State of Texas,

\* From the 118th District
Court of Howard County,
Trial Court No. 14568.

\* December 31, 2015

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.